IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1633-RPM-OES

MERLE G. PALMIER,

    Plaintiff,

v.

DB INDUSTRIES, INC.,

    Defendant.

_____

ORDER RE: STIPULATED PROTECTIVE ORDER
_____

    THIS MATTER having come before the Court on the parties Stipulated Protective Order and the Court having reviewed the above matter, enters the following order:

    IT IS HEREBY ORDERED THAT:

    1. Doctor Greg Twaites and other providers and any defense psychological experts will provide their raw data, psychological, counseling, and treatment records testing to the attorneys of record in this case.

    2. The attorneys and their experts will be allowed to review the raw data and testing.

    3. The parties will not divulge the testing material other than within the parameters of this case, i.e., to experts for consultation and for purposes of examination at trial, and shall comply with local rule 7.3 regarding the use of confidential information.

    4. All copies of raw data, psychological, counseling and treatment records testing will be returned to the appropriate testing psychologist upon completion of this case.

    SO ORDERED this 29th day of November, 2005.

                                                BY THE COURT:
                                              s/Richard P. Matsch

                                              _____
                                              Senior District Court Judge