IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1633-RPM-OES

MERLE G. PALMIER,

    Plaintiff,

v.

DB INDUSTRIES, INC.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER coming on to be heard pursuant to stipulation of the parties, and the Court being fully advised in the premises, finds as follows:

IT IS HEREBY ORDERED that this case is dismissed with prejudice, each party to pay his, her or its own costs and attorneys' fees.

SO ORDERED this the 30 day of May 2006.

BY THE COURT

_____
District Court Judge